**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

L.M. and S.M., individually, and in their capacity as parents and guardians of minor student, A.M.

Plaintiffs,

v.

BLAINE SCHOOL DISTRICT,

Defendant.

NO. 2:26-cv-02708-JHC

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**

**JURY DEMAND**

COMES NOW Defendant Blaine School District (hereinafter "District") and answers Plaintiffs' Complaint as follows:

## I. PRELIMINARY STATEMENT

1.1 Deny students were given permission to remain in their welding class unsupervised. The District is without sufficient knowledge to admit or deny the remainder of Paragraph 1.1, therefore deny.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

1.2 The District is without sufficient knowledge or information as to whether H.K. made statements in messages to A.M, and therefore denies the same. The District denies the remaining allegations in Paragraph 1.2.

1.3 Paragraph 1.3 contains no allegations directed to the District and no response is required. If a response is required, denied for lack of information.

## II. PARTIES

2.1 Admit to the best of the District's knowledge.

2.2 Admit to the best of the District's knowledge.

2.3 Admit to the best of the District's knowledge.

2.4 Admit to the best of the District's knowledge.

2.5 Admit.

2.6 Admit.

2.7 Admit.

## III. JURISDICTION

3.1 Paragraph 3.1 contains a legal conclusion for which no response required. To the extent a response is required, admit.

3.2 Paragraph 3.2 contains a legal conclusion for which no response required. To the extent a response is required, admit.

3.3 Paragraph 3.3 contains a legal conclusion for which no response required. To the extent a response is required, admit.

3.4 Paragraph 3.4 contains a legal conclusion for which no response required. To the extent a response is required, admit.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

## IV. FACTUAL ALLEGATIONS

4.1 Admit to the best of the District's knowledge.

4.2 Admit.

4.3 Admit to the best of the District's knowledge.

4.4 Admit there is a loft area in the welding room at BHS. All other allegations in Paragraph 4.4 are denied.

4.5 Admit.

4.6 Admit.

4.7 Deny.

4.8 Upon information and belief, admit the loft was not blocked off by a barrier or signage. However, students were aware that the area was off limits, the students were not permitted in the area, and the area was not actively used for instructional purposes, as such deny any remaining allegations in Paragraph 4.8.

4.9 Admit.

4.10 Admit.

4.11 Admit.

4.12 Deny.

4.13 Upon information and belief, admit that students A.M., H.K., and H.T. ate lunch in Mrs. McGary's classroom on June 16, 2025. Deny all remaining allegations in Paragraph 4.13.

4.14 Upon information and belief, admit.

4.15 Admit on June 16, 2025, Fifth period was Ms. McGary's planning period. Deny all remaining allegations in Paragraph 4.15.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

4.16 Admit on information and belief that on June 16, 2025, the three students spent Fifth period in the loft area of the welding room. The District lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 4.16 and therefore denies the same.

4.17 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.17 and therefore denies the same.

4.18 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.18 and therefore denies the same.

4.19 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.19 and therefore denies the same.

4.20 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.20 and therefore denies the same.

4.21 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.21 and therefore denies the same.

4.22 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.22 and therefore denies the same.

4.23 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.23 and therefore denies the same.

4.24 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.24 and therefore denies the same.

4.25 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.25 and therefore denies the same.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

4.26 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.26 and therefore denies the same.

4.27 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.27 and therefore denies the same.

4.28 Upon information and belief, admit.

4.29 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.29 and therefore denies the same.

4.30 On information and belief, admit H.K. messaged A.M. via Snapchat. The District lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 4.30 and therefore denies the same

4.31 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.31 and therefore denies the same.

4.32 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.32 and therefore denies the same.

4.33 Admit A.M, accompanied by another student, reported an alleged incident to District administrators.

4.34 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.34 and therefore denies the same.

4.35 The District lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 4.35 and therefore denies the same.

4.36 Admit A.M. made vague comments to Parker Gill that she engaged in a sex act with H.K. but did not want to. Deny the remaining allegations in Paragraph 4.36.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

4.37 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.37 and therefore denies the same.

4.38 Admit Gill contacted District administrators and A.M went to the office. The District lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 4.38 and therefore denies the same.

4.39 Admit, on information and belief, that A.M., accompanied by another student, reported to Perrizo that A.M. "did something she shouldn't have," skipped class and "gave [H.K.] a blow job." Perrizo believed A.M. appeared to be focused on her mom not knowing and then A.M. changed her story and stated, "He kind of made me." Admit Perrizo brought Principal Eide in to hear A.M.'s report directly. Deny the remaining allegations in Paragraph 4.39.

4.40 Admit, on information and belief, A.M. told Principal Eide, "I just gave head to someone and I didn't want to." The District lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 4.40 and therefore denies the same.

4.41 Deny Eide forced A.M to tell her mom what happened. Admit the remaining allegations in Paragraph 4.41.

4.42 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.42 and therefore denies the same.

4.43 Upon information and belief, admit.

4.44 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.44 and therefore denies the same.

4.45 Upon information and belief, admit.

4.46 Upon information and belief, admit.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

4.47 Upon information and belief, admit.

4.48 Upon information and belief, admit.

4.49 Upon information and belief, admit.

4.50 Upon information and belief, admit

4.51 Admit.

4.52 Upon information and belief, admit.

4.53 On information and belief, admit.

4.54 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.54 and therefore denies the same.

4.55 Upon information and belief, admit.

4.56 Upon information and belief, admit.

4.57 Admit, the medical exam records indicate the presence of a red mark on A.M.'s leg, as the records speak for themselves. The District lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 4.57 and therefore denies the same.

4.58 The District admits Principal Eide received a text dated June 17, 2025, from L.M. concerning A.M.'s allegations against H.K. The District denies the content of the message concerned another family's police report of sexual assault on campus by H.K.

4.59 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.59 and therefore denies the same.

4.60 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.60 and therefore denies the same.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

4.61 he District admits a safety plan was mentioned in response to A.M.'s report. The District lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 4.61and therefore denies the same.

4.62 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.62 and therefore denies the same.

4.63 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.63 and therefore denies the same.

4.64 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.64 and therefore denies the same.

4.65 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.65 and therefore denies the same.

4.66 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.66 and therefore denies the same.

4.67 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4.67 and therefore denies the same.

4.68 Admit Whatcom County Superior Court, based on a preponderance of the evidence standard and the evidence presented to the court, entered a sexual assault protection order restraining H.K. against A.M. Deny the remaining allegations in Paragraph 4.68. The District expressly denies any characterization of the court's order as a final criminal adjudication of A.M.'s allegations.

4.69 On information and belief, admit. The Whatcom County Superior Court's order speaks for itself.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

4.70 Admit the District received a copy of the court's order.

4.71 Admit the District proposed a safety plan which incorporated the court-ordered restrictions. Deny the remaining allegations in Paragraph 4.71.

4.72 The District denies the characterization of the safety plan as "targeting A.M." The District lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 4.72 and therefore denies the same.

**Title IX Investigation**

4.73 Admit.

4.74 The District admits Driscoll interviewed H.K. during the investigation of A.M.'s allegations against H.K. The District lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 4.74 and therefore denies the same. Driscoll's investigative report speaks for itself.

4.75 The District admits Paragraph 4.75 includes selected excerpts of Driscoll's investigative report. The District denies Paragraph 4.75 reflects the entirety of Driscoll's findings. Driscoll's investigative report speaks for itself.

4.76 The District admits Paragraph 4.76 includes selected portions of Driscoll's investigative report of her interview with Eide. The District further admits, on information and belief, that Eide described A.M. as appearing nonchalant when A.M. shared her allegations against H.K. with A.M.'s mother. As to the remaining allegations in Paragraph 4.76, the District lacks sufficient knowledge or information to admit or deny, and therefore denies the same.

///

///



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

**Blaine School District's Title IX Decision**

4.77 To the extent Paragraph 4.77 characterizes the District's decision letter as "adopt[ing] victim-blaming rhetoric not relevant to the factors in making its determination," deny. The District also denies any characterization of its decision as unjustified by the evidence. The District expressly denies any inference that its decision following investigation by an independent investigator was unreasonable in light of the evidence. The District's letter speaks for itself.

4.78 The District admits Paragraph 4.78 includes selected excerpts of Driscoll's investigative report. The District denies Paragraph 4.78 reflects the entirety of Driscoll's findings. Driscoll's investigative report speaks for itself.

4.79 Admit the District decided the evidence did not show by a preponderance of the evidence that the acts reported by A.M. were unwelcome or nonconsensual, and therefore the District did not find a sexual assault occurred. The District further admits that A.M. reported she performed oral sex on H.K. when he requested it. The District denies the remaining allegations in Paragraph 4.79 and expressly denies any contention that its decision was unreasonable in light of the circumstances. The District's letter detailing the evidence it considered in reaching its decision speaks for itself.

4.80 The District admits it decided the weight of the evidence did not support that a sexual assault occurred and therefore no disciplinary action for sexual assault was taken against H.K. The District denies the remaining allegations in Paragraph 4.80 and expressly denies that its decision was in violation of law or in breach of any duty owed under the law.

///



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

**Blaine School District Policies and Procedures**

4.81 The District's policy speaks for itself.

4.82 The District's policy speaks for itself.

4.83 The District's policy speaks for itself.

4.84 The District's policy speaks for itself.

**The Impact of the District's Actions and Inactions**

4.85 Denied for insufficient knowledge or information.

4.86 Denied for insufficient knowledge or information.

4.87 Denied for insufficient knowledge or information.

4.88 Denied for insufficient knowledge or information.

4.89 Denied for insufficient knowledge or information.

4.90 Denied for insufficient knowledge or information.

4.91 Denied for insufficient knowledge or information.

4.92 Denied for insufficient knowledge or information.

4.93 Denied for insufficient knowledge or information.

4.94 Denied for insufficient knowledge or information.

4.95 Denied for insufficient knowledge or information.

4.96 Denied for insufficient knowledge or information.

4.97 The District denies it failed to accommodate the court-order restrictions imposed on H.K. The District denies the remaining allegations for insufficient knowledge or information.

4.98 Denied for insufficient knowledge or information.

4.99 Denied for insufficient knowledge or information.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

4.100 Denied for insufficient knowledge or information.

4.101 Denied for insufficient knowledge or information.

4.102 Denied for insufficient knowledge or information.

4.103 Denied for insufficient knowledge or information.

4.104 Denied for insufficient knowledge or information.

4.105 Denied for insufficient knowledge or information.

4.106 Denied for insufficient knowledge or information.

4.107 Admit.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION: SEX-BASED DISCRIMINATION IN VIOLATION OF TITLE IX OF THE EDUCATIONAL AMENDMENTS OF 1972 20 U.S.C. 1681 et. Seq

5.1 The District incorporates its responses to the preceding paragraphs as though set forth fully herein.

5.2 Paragraph 5.2 contains statement of law which require no response. To the extent a response is required, the statute speaks for itself.

5.3 Admit the District is a public school that receives federal funding to implement the guidelines specified under the Title IX statute.

5.4 Paragraph 5.4 contains legal conclusions which require no response. To the extent a response is required, admit.

5.5 Admit A.M. was a student within the District. Deny the remaining allegations.

5.6 Deny.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

5.7 Deny.

5.8 To the extent Paragraph 5.8 contains excerpts of the District's determination letter, the District admits, as the letter speaks for itself. The District denies the remaining allegations and specifically denies the characterization of the letter.

5.9 To the extent Paragraph 5.9 contains excerpts of the District's determination letter, the District admits, as the letter speaks for itself. The District denies the remaining allegations in Paragraph 5.9 and specifically denies the characterization of the letter.

5.10 Deny.

5.11 Deny.

5.12 Deny.

5.13 Paragraph 5.13 contains legal conclusions or statements of law which require no response. To the extent a response is required, the District denies Plaintiff A.M. is entitled to such relief.

**SECOND CAUSE OF ACTION:**
**SEX-BASED DESCRIMINATION UNDER THE**
**WASHINGTON LAW AGAINST DISCRIMINATION ("WLAD")**

5.14 The District incorporates its responses to the preceding paragraphs as though set forth fully herein.

5.15 Admit to the best of the District's knowledge.

5.16 Paragraph 5.16 contains statements of law or legal conclusions which require no response. To the extent a response is required, admit.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

5.17 Paragraph 5.16 contains statements of law or legal conclusions which require no response. To the extent a response is required, admit.

5.18 Deny.

5.19 Deny.

5.20 Deny.

5.21 Deny.

5.22 Deny.

5.23 Deny.

5.24 Deny.

**THIRD CAUSE OF ACTION:**
**RETALIATION FOR ENGAGING IN PROTECTED ACTIVITY**
**TITLE IX OF THE EDUCATIONAL AMENDMENTS OF 1972**
**20 U. [SIC] S.C. 1681 et, Seq**

5.25 The District incorporates its responses to the preceding paragraphs as though set forth fully herein.

5.26 Paragraph 5.26 contains statements of law or legal conclusions which require no response. To the extent a response is required, the statute speaks for itself.

5.27 Paragraph 5.27 contains legal conclusions to which no response is required. To the extent a response is required, admit A.M. reported the protective order to the District. The District denies the remaining allegations in Paragraph 5.27.

5.28 Deny.

5.29 Deny.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

5.30 Deny.

5.31 Paragraph 5.31 contains legal conclusions which require no response. To the extent a response is required, the District admits it proposed a safety plan in response to A.M.'s report and the court's protective order. The District denies the remaining allegations in Paragraph 5.31 and expressly denies that the safety plan was retaliatory in nature, or an adverse action.

**FOURTH CAUSE OF ACTION:**
**VIOLATION OF CHAPTER 28A.640 WASH.REV.CODE**
**WASHINGTON'S SEXUAL EQUALITY LAW (SEL)**

5.32 The District incorporates its responses to the preceding paragraphs as though set forth fully herein.

5.33 Paragraph 5.33 contains statements of law which require no response. To the extent a response is required, the statute speaks for itself.

5.34 Paragraph 5.34 contains statements of law which require no response. To the extent a response is required, the statute speaks for itself.

5.35 Deny.

5.36 Deny.

**FIFTH CAUSE OF ACTION:**
**COMMON LAW NEGLIGENCE**

5.37 The District incorporates its responses to the preceding paragraphs as though set forth fully herein.

5.38 Paragraph 5.38 contains legal conclusions which require no response. To the extent a response is required, deny.

5.39 Deny.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

5.40 Deny.

**SIXTH CAUSE ACTION:
LOSS OF CONSORTIUM**

5.41 The District incorporates its responses to the preceding paragraphs as though set forth fully herein.

5.42 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 5.42, and therefore denies the same.

5.43 The District lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 5.43, and therefore denies the same.

5.44 Deny.

## VI. PLAINTIFFS' PRAYER FOR RELIEF

Paragraphs 6.1-6.1.6 of Plaintiff's Prayer for Relief are denied in their entirety.

## VII. PLAINTIFFS' RESERVATION OF RIGHTS

7.1 Paragraph 7.1 contains no allegations directed to the District, no response is required.

## VIII. JURY DEMAND

8.1 Admit.

## IX. AFFIRMATIVE DEFENSES

BY WAY OF FURTHER ANSWER AND AFFIRMATIVE DEFENSES, the District alleges the following:

1. Plaintiffs' complaint fails to state claims upon which relief can be granted.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

2. Any actions claimed by Plaintiffs to be discriminatory were done for legitimate, non-discriminatory reasons.

3. Any actions claimed by Plaintiffs to be discriminatory or in violation of law, were not deliberately indifferent.

4. Any actions claim by Plaintiffs to be discriminatory or in violation of law, were reasonable in light of the known circumstances.

5. Plaintiffs may have failed to mitigate their damages.

6. Plaintiffs may have assumed the risk that resulted in the alleged injuries or damages.

7. Plaintiffs' injuries/damages, if any, were caused by the intentional conduct of Plaintiff A.M.'s alleged abuser, H.K. The damages caused by the intentional conduct must be segregated from injuries/damages allegedly caused by fault.

8. Plaintiffs' injuries/damages, if any, may have preexisted the subject incident, or were caused by subsequent events and instrumentalities, which may be identified during the course of discovery, having no connection or relationship with the District. The District therefore requests that fault and Plaintiffs' damages, if any, be apportioned accordingly.

9. Plaintiff A.M.'s claimed injuries and damages may have been caused by prior or subsequent unrelated events and/or conditions.

10. Plaintiff A.M.'s claimed injuries and damages may have been caused by preceding, intervening, superseding acts or omissions not attributable to the District.



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

11. Plaintiff A.M did not overcome the presumption of innocence in A.M.'s Title IX complaint by showing by a preponderance of the evidence that H.K. sexually assaulted or harassed A.M. in violation of Title IX and District policies.

12. The District's decision in response to A.M.'s report, reflected the insufficiency of the evidence regarding the required element of unwelcome conduct to establish a Title IX violation.

13. The District investigated and followed all required procedures in response to A.M.'s complaint in compliance with state and federal law and its established policy.

14. The allegations in A.M.'s report were not foreseeable by the District.

15. Plaintiffs' alleged damages and injuries, if any, were not caused by any action or omission by the District.

16. Plaintiff may have been comparatively negligent, and, consequently, Plaintiff's damages should be reduced in proportion to her own comparative fault;

17. The evidence may show Plaintiff A.M. willingly consented to the acts giving rise to her alleged injury and damages.

Defendant reserves the right to raise additional affirmative defenses based upon information obtained through discovery and/or trial and to amend its answer to conform to all evidence admitted at trial.

## X. DEFENDANT'S PRAYER

WHEREFORE having fully answered the allegations in Plaintiffs' Complaint, Defendant Blaine School District prays:

1. That Plaintiff's complaint be dismissed with prejudice;



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

2. That Defendant be awarded their statutory attorneys' fees and costs incurred defending this action; and

3. For such other and further relief the Court deems just and equitable.

DATED this 20th day of October, 2026.

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

*/s/Kelley J. Sweeney*
KELLEY J. SWEENEY, WSBA #25441
JENNIFER M. SCANLON, WSBA #62992
1223 Commercial Street
Bellingham, WA 98225
Telephone: (360) 752-2000
Fax: (360) 656-5013
Email: kelley@ssslawgroup.com
jennifer@ssslawgroup.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system AND sent a copy of such filing to the following:

| | |
|---|---|
| Alex Hagel<br>Sydney Arizona Bay<br>Cedar Law LLP<br>600 1st Ave., Ste. 330 PMB 96563<br>Seattle, WA 98104-2205<br>*alex@cedarlawllp.com;*<br>*sydney@cedarlawllp.com* | ☐ U.S. Mail Postage Prepaid<br>☐ Certified Mail<br>☐ Hand delivered by:<br>☒ E-Service CM/ECF |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 20th day of October, 2026.

*/s/Cynthia Schatz*
Cynthia Schatz, Paralegal



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com